UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:23-cv-01978-JWH (SK)                                     Date: July 10, 2023

Title         Tre Christopher Roberts v. LAPD et al

Present: The Honorable: Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff:       Attorneys Present for Defendants:
None present                                      None present

**Proceedings:**       (IN CHAMBERS) **ORDER TO SHOW CAUSE**

Plaintiff filed a complaint against the City of Los Angeles (for the Los Angeles Police Department) and the County of Los Angeles (for the Los Angeles County Sheriff's Department). (ECF 1). On April 10, 2023, the Court advised Plaintiff that he must serve the complaint and summonses in compliance with Federal Rule of Civil Procedure 4 on all named defendants within 90 days—by June 14, 2023. (ECF 8 at 2). He was also ordered to file proof of such service within 15 days of the date of service. (*Id*.). Plaintiff was advised that failure to timely serve defendants could lead to the dismissal of the action. (*Id*.). *See* Fed. R. Civ. P. 4(m).

As of this order, Plaintiff has filed no proper proofs of service or requested an extension of the deadline for service. The proof of service he filed on April 10, 2023 (ECF 8) was just for the Notice of Judge Assignment and Reference to a U.S. Magistrate Judge, not for complaint and summonses. Plaintiff is thus ORDERED TO SHOW CAUSE on or before **July 24, 2023**, why this action should not be dismissed for failure to prosecute and failure to effectuate service of process.

Plaintiff may satisfy this order by filing proper proofs of service, as previously ordered, by no later than July 24, 2023. Alternatively, Plaintiff my voluntarily dismiss this action by filing the attached form CV-09 by July 24, 2023. But if Plaintiff does neither, nor responds in any way to this order, this action will be involuntarily dismissed for lack of prosecution, disobeying court orders, and failure to serve with no further notice or warning. *See* Fed. R. Civ. P. 4(m), 41(b); L.R. 41-1.

IT IS SO ORDERED.