JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRE CHRISTOPHER ROBERTS,<br><br>            Plaintiff,<br><br>        v.<br><br>LAPD,<br>LASD,<br>LOS ANGELES CITY COUNTY, and<br>LAS ANGELES COUNTY,<br><br>            Defendants. | Case No. 2:23-cv-01978-JWH (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Action for Lack of Prosecution entered substantially contemporaneously,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action is **DISMISSED without prejudice**.

**IT IS SO ORDERED.**

Dated: August 9, 2023

John W. Holcomb
UNITED STATES DISTRICT JUDGE